ACCEPTED
05-15-00143-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
7/23/2015 3:03:27 PM
LISA MATZ
CLERK

NO. 05-15-00143-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS | * | IN THE COURT OF APPEALS |
| V. | * | FIFTH |
| TORRY GOODSON | * | DISTRICT OF TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
7/23/2015 3:03:27 PM
LISA MATZ
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, the appellant, and files this his first motion for extension in which to file the appellant's brief. In support of said motion the appellant would show the Court the following:

I.

On January 13, 2015 a jury trial was held in Cause No. F13-62599 in which the Appellant was charged in the case with Murder. Appellant was found guilty of murder on January 16, 2015. On January 20, 2015 the trial court assessed punishment at fifty (50) years confinement in the Texas Department of Corrections. Notice of appeal and a motion for new trial were both filed on January 25, 2015. The trial court's certification of defendant's right of appeal was filed on June 24, 2015. The clerk's record was filed on May 20, 2015 and the court reporter's record was filed on June 8, 2015 with Exhibits filed by the court reporter on June 30, 2015. Appellant's brief was due on July 8, 2015. On July 13, 2015 this Court sent notice that the time to file appellant's brief had expired and directing appellant to file said brief within ten days with an extension.

II.

The appellant's request for an extension is based on the following facts:

Appellant's attorney of record, Jeff P. Buchwald, file a motion to substitute which was

1

granted on July 8, 2015. Said attorney just recently obtained the reporter's and clerk's record from the public defender's office and has not had sufficient time to review same and prepare Appellant's brief.

Appellant's attorney, Jeff Buchwald, is currently finishing another appellant brief in State of Texas v. Daniel Mavero (NO. 05-14-01097-CR) which is due on August 7, 2015. In addition, said attorney is working on other appellate briefs in the following cases: State of Texas v. Jerry Chandler (05-15-00598); State of Texas v .David Broomfield (05-15-00093); State of Texas v. Brian Gaeta (05-14-01202-CR); State of Texas v. Roderick Brown (05-15-00374-CR) and State of Texas v. Jason Crouch (05-15-00858). Furthermore, said attorney is currently preparing for trial in State of Texas v. Justin Greer set for jury trial on August 10, 2015 in cause nos. F1476638, F1476635 and F1476857 as well as jury trials set for August 17, 2015 and August 24, 2015 in State of Texas v. Ronald Gray and State of Texas v. Soto Santos respectively. Finally, Mr. Buchwald is working on at least 50 other cases which are set for trial, pleas, hearings and/or sentencings. Counsel respectfully requests an extension for 45 days from the date of the filing of this extension to file said brief.

WHEREFORE, PREMISES CONSIDERED, the appellant respectfully requests that the time for the filing of the appellant's brief be extended 45 days to September 6, 2015.

Respectfully submitted,

/s/ Jeff P. Buchwald_____
Jeff P. Buchwald
305 Spring Creek Village, Suite 538
Dallas, Texas 75248
(972) 788-5016
SBN 03293300
Buchwald7@msn.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing motion has been hand delivered to the office of Susan Hawk, the District Attorney for Dallas County, Texas Frank Crowley Courts Building 133 North Industrial Blvd. LB 19 on this the 23rd day of July, 2015.

/s/ Jeff P. Buchwald_____
Jeff P. Buchwald